NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EZELL WYRICK,**
*Petitioner,*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2014-3162

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-12-0524-I-3.

---

## ON MOTION

---

## O R D E R

Ezell Wyrick moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    WYRICK v. TRANSPORTATION

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s24